**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ESTATE OF CLARA FLATOW,      :   No. 702 MAL 2016
DECEASED                         :
                                    :
                                    :   Petition for Allowance of Appeal from
PETITION OF: SAMANTHA WESTON    :   the Order of the Superior Court

## ORDER

**PER CURIAM**

      **AND NOW**, this 23rd day of February, 2017, the Petition for Allowance of Appeal

is **DENIED**.

      Justice Mundy did not participate in the consideration or decision of this matter.